## THE CITY OF CHICAGO HEIGHTS
1601 Chicago Road
Chicago Heights, IL 60411

paylocity

**Direct Deposit Advice**
Check Date
December 7, 2009

Voucher Number 104668

| | Account | Amount |
|---|---|---|
| | ****0755 | 1,109.82 |

1,109.82

| Direct Deposit | Type | Transit | Account | | Amount |
|---|---|---|---|---|---|
| TCF NATIONAL BANK IL | C | 21192572 | | | 1,109.82 |
| Total Direct Deposits | | | | | 1,109.82 |

Non Negotiable - This is not a check - Non Negotiable

DIRECT DEPOSIT VOUCHER

1212 010075 1212 101562 0599
Gregory Taylor
724 Peoria St.
Apt. 1
Chicago Heights, IL 60411

## THE CITY OF CHICAGO HEIGHTS

Gregory Taylor

Emp Id 1212
Location 010045

Fed Taxable Income 1,905.16
Fed Filing Status S-2
State Filing Status S-0

Check Date December 7, 2009
Period Beginning November 16, 2009
Period Ending November 30, 2009

| Earning | Rate | Hours | Amount | YTD Amt | Tax/Deduction | Amount | YTD Amt | Direct Deposit | Type | Transit | Account | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOL | 17.3160 | | 51.95 | 1,161.55 | FITW | 197.83 | 4,839.06 | TCF NATIONAL C | | | ****0755 | 1,109.82 |
| NPENA | | | | 17.76 | IL | 57.15 | 1,346.88 | BANK IL | | | | |
| OVERTIME | | | | 1,230.12 | MED | 27.62 | 651.91 | | | | | |
| REG | 17.3160 | 111.21 | 1,925.71 | 43,056.65 | | | | Total Direct Deposits | | | | 1,109.82 |
| RETRO | | | | 470.56 | FIRE PENSI | 187.09 | 4,226.77 | | | | | |
| STROT | | | | 415.58 | FUNDU | 29.60 | 667.00 | Benefit | Amount | YTD Amt | Accrual | Hours |
| TMEOF | | | | -337.18 | GARN | 296.65 | 1,252.83 | No Benefits | | | No Accruals | |
| UNIFM | | | | 500.00 | HENIN | 67.50 | 1,552.50 | | | | | |
| | | | | | VEBA | 5.00 | 15.00 | | | | | |

| | | | | | Totals | 867.84 | 14,551.06 | | | | | |

Gross Earnings 111.21 1,977.66 46,465.04
Taxable Earnings 1,905.16

IMPORTANT PLEASE READ


EXHIBIT B

