# LAW OFFICE OF
# ALISA M. LEVIN, ESQ.

1741 N. WESTERN AVENUE, SUITE 2A
CHICAGO, ILLINOIS 60647
T:   312-720-0082
F:   773-830-1708
ALISALEVIN@YAHOO.COM

February 18, 2010

Christina Riepel, Esq.
Gregory K. Stern, P.C.
53 West Jackson Blvd., Ste. 1442
Chicago, Illinois 60604

      Re:    Gregory L. Taylor and B&K Services of Illinois, Inc.

Dear Ms. Riepel,

I am in receipt of a letter issued to my client's accountant, Gerard C. Schrementi authored by you, which pertains to your client, Mr. Gregory Taylor. Be advised that I am the attorney for B&K Services. It was my office that handled a collections matter on behalf of B&K. I'm quite surprised that your office didn't inquire as to the court pleadings that are in Mr. Taylor's possession. Clearly your office needed them when you prepared his schedules. Had you consulted those documents, as any good bankruptcy office should, you would see that my name was at the bottom, instead of the accountant, who likely had no idea what you were referring to.

As to the issue of the wage deduction, the garnishment was stopped through the City of Chicago Heights as soon as they received your office's letter in January 2010, well after the case was filed. My office has honored the stay as far as we were informed of it after the case was essentially over.

As to the remainder, you will need to establish that you notified me and my client about the automatic stay in a timely manner, before the dialogue is opened about return of any funds. My client had no knowledge about the case until the employer advised us that the garnishment had stopped in January. Thus, I think your threat of sanctions is not well-founded. There was no willful or intentional violation of any law.

I look forward to hearing from you, and of course any court order you can get requiring return would be timely honored.

Very truly yours,

Alisa M. Levin, Esq.

**EXHIBIT C**

      Cc:    B&K Services; Gerard Schrementi