# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable    JACK B. SCHMETTERER                      Hearing Date  3\4\10

Bankruptcy Case No.  09 B 45372              Adversary No.

Title of Case  GREGORY L. TAYLOR

Brief
Statement of   MOTION FOR SANCTIONS
Motion

Representing  GREGORY K. STERN FOR DEBTOR.

## ORDER

IT IS HEREBY ORDERED THAT:

① B4K SERVICES of ILLINOIS, INC SHALL PAY OVER
ALL POST-PETITION FUNDS ($596.19) TO DEBTOR CARE of
HIS ATTORNEY WITHIN 7 DAYS HEREOF.
② THE MOTION IS SET for FURTHER HEARING ON ACTUAL
DAMAGES, INCLUDING COSTS & ATTORNEY FEES ON 3/18/10
@ 1:30pm WITHOUT FURTHER NOTICE

ENTER: _____
Jack B. Schmetterer, USBJ